THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MERLE CURKENDALL, Appellant.—Aulisi, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Aulisi, J.